1  Michael T. Taurek (State Bar No. 173312)
   Brian J. Soo-Hoo (State Bar No. 228298)
2  GREEN & HALL, A PROFESSIONAL CORPORATION
   1851 East First Street, 10th Floor
3  Santa Ana, California 92705-4052
   Telephone: (714) 918-7000
4  Facsimile: (714) 918-6996

5  Oliver D. Griffin, Esq. (Pro Hac Vice)
   SPECTOR GADON & ROSEN
6  1635 Market Street, 7th Floor
   Philadelphia, PA 19103
7  Direct Dial - 215-241-8870
   Facsimile - 215-241-8844
8
   Attorneys for Defendants
9  LCW AUTOMOTIVE CORPORATION and
   MODERN TECHNOLOGIES GROUP, INC.
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  DAVID L. EDMONSON, JR.,           ) Case No. CV07-3303 CAS (VBKx)
                                      )
15          Plaintiff,                ) JUDGE: Hon. Christina A. Snyder
                                      ) DEPT:  5
16      vs.                           )
                                      ) **REPLY TO PLAINTIFF'S**
17  LCW AUTOMOTIVE CORPORATION        ) **OPPOSITION TO DEFENDANTS**
    and MODERN TECHNOLOGIES           ) **LCW AUTOMOTIVE**
18  GROUP, INC. and DOES 1-50.,       ) **CORPORATION AND MODERN**
                                      ) **TECHNOLOGIES GROUP, INC.'S**
19          Defendants.                ) **MOTION TO DISMISS**
                                      )
20                                    ) DATE: February 11, 2008
                                      ) TIME: 10:00 a.m.
21                                    ) DEPT: 5
                                      ) Action Filed:    May 18, 2007
22  _____  )

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

Defendants LCW AUTOMOTIVE CORPORATION and MODERN TECHNOLOGIES GROUP, INC. ("Defendants") hereby reply to Plaintiff DAVID L. EDMONSON, J.R.'s ("Plaintiff") Opposition to Defendants' Motion to Dismiss as follows: In reply, Defendants hereby rely on the arguments and memorandum of law, as set forth in Defendants' Notice of Motion and Motion, all of the records and documents filed herein, and upon such matters as may be presented at or prior to the hearing.

Dated: February 4, 2008

GREEN & HALL, A PROFESSIONAL CORPORATION

By: _____
Michael T. Taurek
Brian J. Soo-Hoo
Attorneys for Defendants
LCW AUTOMOTIVE CORPORATION
and MODERN TECHNOLOGIES
GROUP, INC.

Dated: February 4, 2008

SPECTOR GADON & ROSEN, P.C.

By: _____ /FOR
Oliver D. Griffin
Attorneys for Defendants
LCW AUTOMOTIVE CORPORATION
and MODERN TECHNOLOGIES
GROUP, INC.

S:\Edmonson\Pleading\Federal\Mot-Dismiss FAC 2 - Reply.DOC